IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARCIA JORDAN, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:23-cv-01258 |
| v. | ) (Consolidated with |
| | ) Case No. 3:24-cv-00834 |
| TENNESSEE DEPARTMENT OF | ) |
| CHILDREN'S SERVICES, | ) Judge Aleta A. Trauger |
| Defendant. | ) |

## ORDER

On August 14, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 57), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Remand and/or Leave to Amend (Doc. No. 43) is DENIED, and the defendant's Motion for Judgment on the Pleadings (Doc. No. 44) is DENIED.

This case remains on referral to the Magistrate Judge.

_____
ALETA A. TRAUGER
United States District Judge